UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| CAROLE RUIKKA, | ) | No.  CV-10-3061-CI |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING STIPULATED |
| | ) | MOTION TO REMAND PURSUANT TO |
| MICHAEL J. ASTRUE, | ) | SENTENCE FOUR OF 42 U.S.C. |
| Commissioner of Social | ) | 405(g) |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

BEFORE THE COURT is the parties' stipulated Motion to Remand of the above-captioned matter to the Commissioner for additional administrative proceedings.  (Ct. Rec. 21.)  Attorney D. James Tree represents Plaintiff Carole Ruikka; Special Assistant United States Attorney Daphne Banay represents Defendant.  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 5.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1.   The parties' stipulated Motion to Remand **(Ct. Rec. 21)** is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner  of  Social Security for further administrative proceedings  pursuant to sentence four of 42 U.S.C. § 405(g), including, but not limited to, the following: the administrative law

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

judge (ALJ) shall further evaluate Plaintiff's obesity; Dr. Kellogg's medical opinion (Tr. 439); Plaintiff's subjective complaints; and the lay witness opinions/statements of Michael Ruikka (Tr. 154-159). The ALJ shall further evaluate Plaintiff's residual functional capacity (RFC) and make new RFC findings.

2.   Judgment shall be entered for the **PLAINTIFF**.

3.   Plaintiff's Motion for Summary Judgment ( **Ct. Rec. 16**)is stricken as moot.

4.   An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED May 19, 2011.

<u>        S/ CYNTHIA IMBROGNO        </u>
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2