# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAROLE RUIKKA, ) <br> ) <br> Plaintiff, ) <br> ) NO. CV-10-3061-CI <br> v. ) <br> ) **JUDGMENT IN A** <br> MICHAEL J. ASTRUE, ) **CIVIL CASE** <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____) | |

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REVERSED and REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

DATED: May 19, 2011

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk